**Alton MIDDLETON, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 17, 1954.

Cornette & White, Harlan, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for appeal from a judgment convicting appellant of the offense of trans- porting intoxicating liquor in local option territory for purpose of sale, imposing penalty of a fine of $100 and thirty days in jail.

Motion for appeal is overruled and the judgment is affirmed.